**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 mj 12**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| JUAN JOSE JAIMES GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

 

**THIS MATTER** is before the court on Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* of Thomas C. Fagerberg.  It appearing that Thomas C. Fagerberg is a member in good standing with the Texas State Bar and will be appearing with Sean P. Devereux, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sean P. Devereux's  Application for Admission to Practice *Pro Hac Vice* (#18) of Thomas C. Fagerberg is **GRANTED**, and that Thomas C. Fagerberg is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sean P. Devereux.

Signed: September 20, 2011

Dennis L. Howell
United States Magistrate Judge